IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16-CR-331 |
| vs. | |
| JULIAN MIX-PEREZ, | ORDER |
| Defendant. | |

IT IS ORDERED that the defendant's motion to proceed on appeal in forma pauperis (filing 150) is granted, and the defendant is permitted to proceed on appeal in forma pauperis.

Dated this 3rd day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge