IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16-CR-331 |
| vs. | |
| JULIAN MIX-PEREZ, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court upon initial review of the pro se motion to vacate under 28 U.S.C. § 2255 (filing 220) filed by the defendant, Julian Mix-Perez. The motion will be denied as premature.

The defendant was sentenced on July 20, 2017, and judgment was entered on July 24. Filing 144. A notice of appeal was filed on August 1. Filing 149. That appeal was docketed in the U.S. Court of Appeals for the Eighth Circuit as No. 17-2707, where it remains pending. And the defendant cannot pursue postconviction relief while his direct appeal is still pending. *See United States v. Jagim,* 978 F.2d 1032, 1042 (8th Cir. 1992); *Masters v. Eide,* 353 F.2d 517, 518 (8th Cir. 1965).

Accordingly, the defendant's motion to vacate will be denied without prejudice. And because that conclusion is not debatable, the Court will not issue a certificate of appealability. *See Tennard v. Dretke,* 542 U.S. 274, 282 (2004); *see also Gonzalez v. Thaler,* 132 S. Ct. 641, 648 (2012).

IT IS ORDERED:

1.  The defendant's motion to vacate under 28 U.S.C. § 2255 (filing 220) is denied without prejudice.

2.  A separate judgment will be entered.

3.  The Court will not issue a certificate of appealability.

4.  The Clerk is directed to mail a copy of this Memorandum and Order to the defendant at his last known address.

Dated this 11th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge